UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA IVORY,<br><br>    Petitioner,<br><br>    v.<br><br>K. ALLISON, warden,<br><br>    Respondent.<br>_____ / | No. C 11-4526 SI (pr)<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AND EXTENDING DEADLINES** |

Petitioner requests that counsel be appointed to represent him. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The issues he raises here were fully briefed on direct appeal by his appointed counsel. The request for appointment of counsel is DENIED. (Docket # 6.)

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Masha Dabiza, the court GRANTS respondent's request. (Docket # 7.) Respondent must file and serve his response to the petition no later than **April 13, 2012**. Petitioner must file and serve his traverse no later than **May 18, 2012.**

IT IS SO ORDERED.

DATED: February 28, 2012

                                                      SUSAN ILLSTON<br>
                                                    United States District Judge