UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA IVORY,<br><br>    Petitioner,<br><br>  v.<br><br>K. ALLISON, warden,<br><br>    Respondent. | No. C 11-4526 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed a second *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Masha Dabiza, the court GRANTS respondent's request. (Docket # 9.) Respondent must file and serve his response to the petition no later than **June 15, 2012**. *No further extensions of this deadline should be expected.* Petitioner must file and serve his traverse no later than **July 20, 2012.**

IT IS SO ORDERED.

DATED: April 19, 2012

                                          SUSAN ILLSTON
                                          United States District Judge