UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA IVORY, | No. C 11-4526 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINE** |
|     v. | |
| K. ALLISON, warden, | |
|     Respondent. / | |

Plaintiff has filed an *ex parte* request for an extension of time to file his traverse. Upon due consideration, the request is GRANTED. (Docket # 12.) Petitioner must file and serve his traverse no later than **August 24, 2012.**

IT IS SO ORDERED.

DATED: July 13, 2012

                                              SUSAN ILLSTON
                                      United States District Judge