UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA IVORY, | No. C 11-4526 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| K. ALLISON, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 19, 2012

                                                SUSAN ILLSTON
                                         United States District Judge